United States District Court
For the District of Massachusetts

Marie M. Calixte, A 37 322 672,
                Petitioner
        -vs-    04 · 10457 MLW
Bruce Chadbourne, Interim Field Office
Director,
Bureau of Immigration and Customs
Enforcement, et al
                Respondents.

Motion for Leave to Proceed in forma
pauperis and to waive all fees and
For a stay from deportation.

Petitioner Calixte, prays the Court to
allow her to proceed in forma pauperis
Petitioner has no source of income and
is indigent.
Petitioner begs the Court to waive all
fees.
Petitioner prays the Court to stay her
deportation until her writ of Habeas
Corpus is heard and finalized.
Respectfully submitted
        Marie M. Calixte (pro se)
        400 Faunce Corner Rd.
        N. Dartmouth, Mass 02747    3/2/004.