UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>MARIE M. CALIXTE</u>,
        Petitioner,

        v.

<u>JOHN ASHCROFT, et al.</u>,
        Respondents.

CIVIL ACTION

NO.  04-10457-MLW

### ORDER ON APPLICATION TO PROCEED
### WITHOUT PREPAYMENT OF FEES

Having considered the petitioner's Application to Proceed Without Prepayment of Fees and Affidavit under 28 U.S.C. §1915;

☒    In accordance with Fed. R. Civ. P. 5(e), the clerk filed this petition on _____ and assigned it Civil Action No. <u>04-10457-MLW</u>

## ORDERS

Based upon the foregoing, it is ORDERED:

1. May the application to proceed without prepayment of fees be GRANTED?
    Yes ☒    No ☐

2. Is it FURTHER ORDERED, in accordance with 28 U.S.C. § 1915(b)(2), that the clerk send a copy of this Order to the institution having custody of plaintiff?
    Yes ☐    No ☒

3. Is it FURTHER ORDERED that the clerk process this petition and forward it to the assigned judge for review pursuant to the Rules governing Habeas Corpus Actions?
    Yes ☒    No ☐

 3/31/04                  s/ Mark L. Wolf
DATE                    UNITED STATES DISTRICT JUDGE

(lfp13.ord.wpd - 11/98)                    [oifphc.]