```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

MARIE M. CALIXTE,              )
     Petitioner,               )
                               )
     v.                        )    C.A. No. 04-10457-MLW
                               )
JOHN ASHCROFT, et al.,         )
     Respondents.              )
```

ORDER

WOLF, D.J.                                        April 14, 2004

It is hereby ORDERED that the Respondents shall, by May 11, 2004, report whether the petitioner was removed on the May 10, 2004 flight.

```
                              /s/ Mark L. Wolf
                        UNITED STATES DISTRICT JUDGE
```