UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DISTRICT COURT
DIST OF MASS.

2004 APR -5 P 3: 21

| | |
|---|---|
| MARIE M. CALIXTE, | ) |
| | ) |
| Petitioner | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN ASHCROFT, ET AL. | ) |
| | ) |
| | ) |
| Respondents | ) |

Civil Action No.
04cv-10457-MLW
CLERK'S OFFICE

MOTION TO DISMISS

Respondent[1] moves to dismiss this action pursuant to Fed. R.
Civ. P. rule 12(b)(6) for failure to state a claim upon which
relief may be granted.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114
(617) 565-2415

---

[1] As of a DHS restructuring effective June 9, 2003, the
responsive successor official of the Department of Homeland
Security having control of petitioner's immigration custody in
the instant action is Bruce Chadbourne, Field Director for
Detention and Removal, Bureau of Immigration and Customs
Enforcement ("ICE") in Boston, Massachusetts.

**CERTIFICATE OF SERVICE**

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on April 5, 2004.

FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114