UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARIE M. CALIXTE,            )
                             )
         Petitioner          )
                             )    Civil Action No.
    v.                       )    04cv10457-MLW
                             )
JOHN ASHCROFT, ET AL.        )
                             )
                             )
         Respondents         )

RESPONDENT'S NOTICE OF INTENT TO EXECUTE REMOVAL ORDER

Respondent[1] hereby informs the Court of its intention to execute the final order of removal against petitioner **on May 10, 2004**, or such reasonably foreseeable date thereafter should the May 10, 2004, flight be cancelled.

                           Respectfully submitted,

                           MICHAEL J. SULLIVAN
                           United States Attorney

              By:          _____
                           FRANK CROWLEY
                           Special Assistant U.S. Attorney
                           Department of Homeland Security
                           P.O. Box 8728
                           J.F.K. Station
                           Boston, MA 02114
                           (617) 565-2415

---

[1] As of a DHS restructuring effective June 9, 2003, the responsive successor official of the Department of Homeland Security having control of petitioner's immigration custody in the instant action is Bruce Chadbourne, Field Director for Detention and Removal, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts.

## CERTIFICATE OF SERVICE

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on April 5, 2004.

FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114