UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
MARIE M. CALIXTE,              )
                               )
            Petitioner         )
                               )   Civil Action No.
       v.                      )   04cv10457-MLW
                               )
JOHN ASHCROFT, ET AL.          )
                               )
                               )
            Respondents        )
```

SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

By previous filed dated April 4, 2004, respondent informed the Court that petitioner, because she is a criminal alien, can be removed to Haiti only on such a flight, and not on a commercial flight. Since the recent unrest in Haiti, JPATS flights have been waiting for clearance from the Haitian authorities to resume. JPATS flights have been scheduled and then cancelled when no clearance has been issued, although some commercial air traffic has resumed to Haiti. It is unknown at present exactly when such clearance for JPATS flight will be granted and such flights will resume.

Due to the continuing uncertainty regarding the scheduling of petitioner's removal to Haiti at this time, a decision was made by respondent to release petitioner, and petitioner was in fact released from respondent's custody on April 21, 2004. See Attachment A, Release Notification, and Order of Supervision.

Accordingly, because the relief sought by petitioner has now

come to pass -- her release from respondent's custody -- the case should be dismissed as moot.

ARGUMENT

I.  PETITIONER HAS BEEN RELEASED FROM RESPONDENT'S CUSTODY AND THEREFORE THE CASE SHOULD BE DISMISSED FOR MOOTNESS.

"It is well settled that a case is moot 'when the issues presented are no longer "live" or the parties lack a legally cognizable interest in the outcome, ... or alternatively, when the 'party invoking federal court jurisdiction' no longer has 'a personal stake in the outcome of the controversy.'" Boston & Maine Corp. v. Brotherhood of Maintenance of Way Employees, 94 F.3d 15, 20 (1st Cir. 1996) (citations omitted).

"A case is moot, and hence not justiciable, if the passage of time has caused it completely to lose its character as a present, live controversy of the kind that must exist if the court is to avoid advisory opinions on abstract propositions of law." Laurence H. Tribe, American Constitutional Law S 3-11, at 83 (2d ed. 1988) (internal quotations omitted). Once a case or controversy is moot, a federal court no longer retains jurisdiction to adjudicate the merits of the case. U.S. Const. art. III, S. 2 et seq.; see also U.S. Bancorp Mortgage Co. v. Bonner Mall Partnership, 115 S.Ct. 386, 390 (1994).

Because the result sought in the petition -- release from the custody of the Department of Homeland Security until such

time as her removal becomes practicable -- has now been effected by petitioner's release from custody on April 21, 2004, <u>see</u> Attachment A, there is no live case or controversy and accordingly the petition should be dismissed as moot.

CONCLUSION

Because there is no present case or controversy, this action should be dismissed for mootness.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

By: _____
     FRANK CROWLEY
     Special Assistant U.S. Attorney
     Department of Homeland Security
     P.O. Box 8728
     J.F.K. Station
     Boston, MA 02114
     (617) 565-2415

<b>CERTIFICATE OF SERVICE</b>

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on April 28, 2004, **at her address indicated upon release at:**

**Marie Calixte
359 Park St., Apt. 4
Dorchester, MA   02124**

_____
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114

ATTACHMENT A

Apr-22-04  09:44am  From-fbi prints       3046255567      T-637  P.002/006  F-178
Case 1:04-cv-10457-MLW   Document 9   Filed 04/28/2004   Page 5 of 9
Apr-21-04  11:36am  From-fbi prints       3046255567      T-618  P.003/007  F-149
04/21/04  08:21 FAX 202 359 9435   HQOPS DET&REMOVAL

Office of Detention and Removal Operations
U.S. Department of Homeland Security
425 I Street NW
Washington, DC 20536



**U.S. Immigration and Customs Enforcement**

April 20, 2004

Marie CALIXTE (A37 322 672)
C/O ICE
JFK Building
Boston, MA 02203

## Release Notification

Upon review of your case, U.S. Immigration and Customs Enforcement (ICE) has concluded that you may be released from ICE custody pending your removal from the United States. This release does not affect your removal order and does not constitute an admission to the United States.

Your release will be subject to certain written conditions that will be provided to you shortly, and by which you must abide. Among the conditions will be <u>weekly</u> reporting to ICE. A violation of one of more of these conditions, or of any local, state or federal law may result in your being taken back into custody and any bond that you may have posted being forfeited. Your release from custody is also conditioned upon your maintaining proper behavior while sponsorship and placement efforts for you are being undertaken.

Prior to your release from custody, an immigration officer will verify the sponsorship or employment offers presented during your review. Please forward any additional information regarding potential sponsoring family members or non-governmental organizations that may be willing to assist you upon release.

It is particularly important that you keep ICE advised of your address at all times. We will continue to make efforts to obtain your travel document that will allow the United States government to carry out your removal pursuant to your order of deportation, exclusion, or removal. In addition, you are required by law to continue to make good faith efforts to secure a travel document on your own. Once a travel document is obtained, you will be required to surrender to ICE for removal. You will, at that time, be given an opportunity to prepare for an orderly departure.

_____         4/20/04
Signature of HQPDU Director/Designated Representative        /Date

Apr-22-04 09:44am ... Case 1:04-cv-10457-MLW   Document 9   Filed 04/28/2004   Page 6 of 9  F-178
Apr-21-04 11:36am From-fbi prints   3046255587   T-818 P.004/007 F-149
04/21/04 08:21 FAX 202 353 9435   HQOPS DET&REMOVAL

**Decision of Post Order Custody Review – Release**
A37 322 672 CALIXTE, Marie
Page 2

---

**PROOF OF SERVICE**

(1) Personal Service (Officer to complete both (a) and (b) below.)

(a) I __PATRICK MULLEN__, __IEA__
     Name of ICE Officer     Title
certify that I served __MARIE CALIXTE__ with a copy of
     Name of detainee
this document at __S BAY BOSTON, MA__ on __04-21-04__, at __1300__
     Institution     Date     Time

(b) I certify that I served the custodian _____
     Name of Official
_____, at _____, on
     Title     Institution
_____ with a copy of this document.
     Date

**OR**

(2) Service by certified mail, return receipt. (Attach copy of receipt)

I _____, _____, certify
     Name of ICE Officer     Title
that I served _____ and the custodian _____
     Name of detainee     Name of Official
with a copy of this document by certified mail at _____ on _____
     Institution     Date

( ) cc: Attorney of Record or Designated Representative
( ) cc: A-File

**U.S. Department of Homeland Security**
Immigration & Customs Enforcement

**Order of Supervision-Addendum**

File No: _____
Date: 04-20-04

Name **CALIXTE, Marie A37322672**

[x] That you do not associate with known gang members, criminal associates, or be associated with any such activity.

[ ] That you register in a substance abuse program within 14 days and provide the INS with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a program counselor.

[ ] That you register in a sexual deviancy counseling program within 14 days and provide the INS with written proof of such within 30 days. You must provide the INS with the name of the program, the address of the program, duration and objectives of the program as well as the name of a counselor.

[ ] That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency(s) and provide the INS with written proof of such within 10 days.

[x] That you do not commit any crimes while on this Order of Supervision.

[x] That you report to any parole or probation officer as required within 5 business days and provide the INS with written verification of the officers name, address, telephone number, and reporting requirements.

[x] That you continue to follow any prescribed doctors orders whether medical or psychological including taking prescribed medications.

[x] That you provide the INS with written copies of requests to Embassies or Consulates requesting the issuance of a travel document.

[x] That you provide the INS with written responses from the Embassy or Consulate regarding your request.

[x] Any violation of the above conditions will may result in revocation of your employment authorization document.

[x] Any violation of these conditions may result in you being taken into Service custody and you being criminally prosecuted.

[X] Other.

**U.S. Department of Homeland Security**
**Immigration & Customs Enforcement**

## Order of Supervision

Name: CALIXTE, Marie A37322672

File No: _____
Date: 04-20-04

on ___03-20-03___, you were ordered:
(Date of final order)

[ ] Excluded or deported pursuant to proceedings commenced prior to April 1, 1997.
[X] Removed pursuant to proceedings commenced on or after April 1, 1997.

Because the Service has not effected your deportation or removal during the period prescribed by law, it is ordered that you be placed under supervision and permitted to be at large under the following conditions:

[x] That you appear in person at the time and place specified, upon each and every request of the Service, for identification and for deportation or removal.

[x] That upon request of the Service, you appear for medical or psychiatric examination at the expense of the United States Government.

[x] That you provide information under oath about your nationality, circumstances, habits, associations, and activities and such other information as the Service considers appropriate.

[x] That you do not travel outside ___Boston District Office___ for more than 48 hours without first
    (Specify geographic limits, if any)
having notified this Service office of the dates and places of such proposed travel.

[x] That you furnish written notice to this Service office of any change of residence or employment within 48 hours of such change.

[ ] That you report in person on the ___EVERY MONDAY AT 09:00 AM___ To this Service office at: JFK Bldg Government Center, Room 1775, Boston, Ma 02203 ___ unless you are granted written permission to report on another date.

[x] That you assist the Immigration and Naturalization Service in obtaining any necessary travel documents.

[ ] Other: ___

[x] See attached sheet containing other specified conditions (Continue on separate sheet if required)

_____
(Signature of INS official)
Timothy T. Stevens
(Print name and title of INS official)

### Alien's Acknowledgment of Conditions of Release under an Order of Supervision

I hereby acknowledge that I have (read) (had interpreted and explained to me in the ___ language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

_P. Mullen_ IEA                    X _Marie Calixte_                    04-27-04
(Signature of INS official serving order)     (Signature of alien)                 Date

Form I-220B(Rev. 4/1/97)N

Apr-22-04 08:45am From-fbi prints 3046255587 T-891 P.006/006 F-178
Case 1:04-cv-10457-MLW   Document 9   Filed 04/28/2004   Page 9 of 9
Apr-21-04 11:37am From-fbi prints 3046255587 T-818 P.006/007 F-149

**U.S. Department of Homeland Security**
**Immigration & Customs Enforcement**

Continuation Page for Form: **I-220B**

Alien's Name: CALIXTE, Marie A37322672

File Number:

Date: 04-206-04

Alien's Signature: X Marie Calixte

Alien's Address:
359 PARK ST.
APT #4
DORCHESTER, MA 02124

Alien's Telephone Number (if any): 617-288-2662

RIGHT INDEX PRINT

## PERSONAL REPORT RECORD

| DATE | OFFICER | COMMENT/CHANGES |
|------|---------|-----------------|
|      |         |                 |

Signature | Title